*State, Respondent, v. O'Cain, Petitioner*, No. 93275-1. Petition for review of a decision of the Court of Appeals, No. 73191-2-I, April 18, 2016, 193 Wn. App. 1024. *Denied* September 28, 2016.

*State, Respondent, v. Detwiler, Petitioner*, No. 93277-8. Petition for review of a decision of the Court of Appeals, No. 47169-8-II, May 17, 2016, 194 Wn. App. 1005. *Denied* September 28, 2016.

*SEIU Healthcare 775NW, Petitioner, v. Dep't of Soc. & Health Servs. et al., Respondents*, No. 93306-5. Petition for review of a decision of the Court of Appeals, No. 46797-6-II, April 12, 2016, 193 Wn. App. 377. *Denied* September 28, 2016.

State, Respondent, v. Trevino, Petitioner, No. 93257-3. Petition for review of a decision of the Court of Appeals, No. 46809-3-II, April 21, 2016. *Denied* September 28, 2016.

*State, Respondent, v. Lile, Petitioner*, No. 93035-0. Petition for review of a decision of the Court of Appeals, No. 71912-2-I, February 29, 2016, 193 Wn. App. 179. *Granted* September 29, 2016.

*Wash. Trucking Ass'ns et al., Respondents, v. Emp't Sec. Dep't et al., Petitioners*, No. 93079-1. Petition for review of a decision of the Court of Appeals, No. 47681-9-II, February 9, 2016, 192 Wn. App. 621. *Granted* September 29, 2016.

*State, Petitioner, v. Estes, Respondent*, No. 93143-7. Petition for review of a decision of the Court of Appeals, No. 46933-2-II, April 19, 2016, 193 Wn. App. 479. *Granted* September 29, 2016.

*Wash. Counties Risk Pool, Respondent, v. Corter et al., Petitioners*, No. 93034-1. Petition for review of a decision of the Court of Appeals, No. 32769-8-III, March 15, 2016, 192 Wn. App. 1077. *Denied* September 29, 2016.